[J-96-2013] [MO: Baer, J.]

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

**CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, STEVENS, JJ.**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, OFFICE OF THE GOVERNOR | : No. 10 MAP 2013 |
| | : |
| | : Appeal from the Order of the Commonwealth |
| | : Court at No. 376 MD 2012 dated January 23, |
| v. | : 2013. |
| | : |
| | : ARGUED:  November 20, 2013 |
| SEAN DONAHUE AND THE OFFICE OF OPEN RECORDS | : |
| | : |
| | : |
| APPEAL OF:  OFFICE OF OPEN RECORDS | |

## CONCURRING OPINION

**MR. JUSTICE STEVENS**                         **DECIDED:  August 18, 2014**

I join the majority in its entirety.  I write separately, however, to reaffirm my support of the importance of the Right-to-Know Law (RTKL).[1]  This body of law plays a fundamental, significant role in the administration of Pennsylvania government and promotes broad transparency between the public and its government officials.  By allowing access to official government records that the public would ordinarily be unable to obtain, the RTKL gives the public the power to prohibit secrets, scrutinize the acts of public officials, and make those officials accountable for their use of public funds.  Coulter v. Dept. of Public Welfare, 65 A.3d 1085 (Pa.Cmwlth. 2013); Buehl v.

---

[1] 65 P.S. § 67.101 et. seq.

<u>Pennsylvania Dept. of Corrections</u>, 955 A.2d 488 (Pa.Cmwlth. 2008).  Thus, the RTKL is an invaluable tool in our state government.